1  MARK D. LONERGAN (State Bar No. 143622)
   REBECCA S. SAELAO (State Bar No. 222731)
2  rss@severson.com
   ADAM A. VUKOVIC (State Bar No. 301392)
3  aav@severson.com
   SEVERSON & WERSON
4  A Professional Corporation
   One Embarcadero Center, Suite 2600
5  San Francisco, California 94111
   Telephone: (415) 398-3344
6  Facsimile: (415) 956-0439

7  Attorneys for Defendant Wells Fargo Bank, N.A.

8                        UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| MARCIA MURPHY,<br><br>             Plaintiff,<br><br>      vs.<br><br>WELLS FARGO BANK, N.A., and DOES 1-10, inclusive,<br><br>             Defendant. | Case No.<br><br>**NOTICE OF REMOVAL PURSUANT TO 28 U.S.C. §§ 1441 AND 1331** |

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA AND ALL PARTIES AND THEIR ATTORNEYS OF RECORDS:

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §§ 1441 and 1446, defendant WELLS FARGO BANK, N.A. ("Wells Fargo") hereby removes the above-captioned action from the Superior Court of the State of California, in the County of Shasta, to the United States District Court for the Eastern District of California. Wells Fargo alleges it is entitled to removal pursuant to 28 U.S.C. § 1331, based upon federal question jurisdiction, as follows:

1. Wells Fargo is named in the complaint filed on October 16, 2017, by plaintiff Marcia Murphy ("Plaintiff") in the Superior Court of the State of California, in the County of Shasta, Case No. 17CV0868, entitled *Marcia Murphy v. Wells Fargo Bank, N.A., et al.*

("the State Court Action").

2. This notice of removal is timely under 28 U.S.C. § 1446(b) and Federal Rule of Civil Procedure 6(a) because it was filed within 30 days of service on Wells Fargo of a copy of the complaint on October 18, 2017.

3. Removal to the United States District Court for the District of California, Sacramento Division is proper because this district and division embraces the county in which Plaintiff filed the State Court Action. *See* 28 U.S.C. § 1441(a).

4. This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1331, and is one which may be removed to this Court pursuant to the provisions of 28 U.S.C. §1441(c) because it alleges causes of action arising under the following federal statutes: the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq*.

5. As such, this Court has supplemental jurisdiction over all other claims asserted by Plaintiff pursuant to 28 U.S.C. § 1367(a) and 28 U.S.C. § 1441(c).

6. As required by 28 U.S.C. § 1446(d), Wells Fargo will provide written notice of the removal of this action to Plaintiff, and to the Shasta County Superior Court.

7. Pursuant to 28 U.S.C. § 1446(a), attached hereto as **Exhibit A** are accurate copies all of papers received as of November 15, 2017.

WHEREFORE, Wells Fargo prays that the State Court Action be removed from Shasta County Superior Court and that this Court assumes jurisdiction over the action and determines it on its merits.

DATED:  November 17, 2017
SEVERSON & WERSON
A Professional Corporation

By:  */s/ Adam A. Vukovic*
Adam A. Vukovic

Attorneys for Defendant Wells Fargo Bank, N.A.