Todd M. Friedman (SBN 216752)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21550 Oxnard St. Suite 780,
Woodland Hills, CA 91367
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@toddflaw.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCIA MURPHY, | Case No. 2:17-cv-02429-TLN-CMK |
| Plaintiff, | |
| vs. | **NOTICE OF SETTLEMENT** |
| Wells Fargo Bank N.A, | |
| **DOES 1-10 INCLUSIVE.** | |
| Defendant. | |

NOW COMES THE PLAINTIFF by and through their attorney to respectfully notify this Honorable Court that this case has settled. Plaintiff request that this Honorable Court vacate all pending hearing dates and allow sixty (60) days with which to file dispositive documentation. Dispositional documents will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

Dated**:** March 22, 2018        **Law Offices of Todd M. Friedman, P.C.**

                    By: s/ Todd M. Friedman
                         Todd M. Friedman

Notice of Settlement - 1

Filed electronically on this 22nd Day of March, 2018, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable Troy L. Nunley
United States District Court
EASTERN District of California

And all Counsel of Record as recorded on the Electronic Service List.

This 22nd Day of March, 2018

                        By: s/ Todd M. Friedman Esq.
                              TODD M. FRIEDMAN